IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-198-2-D
No. 5:16-CV-324-D

ELIZABETH MARRERO,                    )
                                      )
            Petitioner,               )
                                      )
      v.                              )        **ORDER**
                                      )
UNITED STATES OF AMERICA,             )
                                      )
            Respondent.               )


Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This 2ᴸ day of October 2016.


                                    JAMES C. DEVER III
                                    Chief United States District Judge