IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-198-D
No. 5:16-CV-324-D

| | | |
|---|---|---|
| ELIZABETH MARRERO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The court has reviewed the record. The court DISMISSES WITHOUT PREJUDICE

petitioner's motion under 28 U.S.C. § 2255 [D.E. 127]. Because petitioner's section 2255 motion

is "successive," and she has not received authorization from the United States Court of Appeals for

the Fourth Circuit to file it, the court lacks jurisdiction to consider it. See, e.g., 28 U.S.C. § 2255(h);

Gonzalez v. Crosby, 545 U.S. 524, 528–38 (2005); Richardson v. Thomas, 930 F.3d 587, 595–600

(4th Cir. 2019); Moses v. Joyner, 815 F.3d 163, 167–69 (4th Cir. 2016); United States v. Winestock,

340 F.3d 200, 205 (4th Cir. 2003), abrogated in part by United States v. McRae, 793 F.3d 392 (4th

Cir. 2015); cf. [D.E. 116, 117]. Alternatively, the claims fail on the merits. See Fed. R. Civ. P.

12(b)(6); [D.E. 144]. The court also DENIES a certificate of appealability. See Miller-El v.

Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 9 day of June 2021.

JAMES C. DEVER III
United States District Judge